IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA CLARK                                                                    PLAINTIFF

v.                    NO. 3:17-cv-00111 PSH

NANCY A. BERRYHILL, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Linda Clark.

IT IS SO ORDERED this 14th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE