IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LINDA CLARK                                                                                   PLAINTIFF


v.                             NO. 3:17-cv-00111 PSH


NANCY A. BERRYHILL, Acting Commissioner                                   DEFENDANT
of the Social Security Administration


ORDER

Plaintiff Linda Clark ("Clark") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 15. In the motion, she seeks attorney's fees and expenses in the total amount of $3,471.17. The Acting Commissioner of the Social Security Administration ("Commissioner") has no objection to Clark's request.

The Court has reviewed the motion for an award of attorney's fees and other expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $3,471.17 are awarded Clark. Because the award belongs to Clark and not her attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue payment of this award by check made payable to Clark, in care of her attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 18th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE